**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **NIKKI L. NITZ** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.: 3:25-cv-01464** |
| | ) | |
| **AERIAL BUCK ISLAND, LLC, and AERIAL INVESTMENTS, INC.,** | ) | **District Judge Aleta A. Trauger** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

# JOINT MEDIATION REPORT

On March 25, 2026, the Court entered its Initial Case Management Order and held that the parties must file a Joint Mediation Report by November 1, 2026. (Docket Entry No. 18). Through their counsel, the parties have consulted and have agreed that at this time, mediation would not be useful.

Jointly and respectfully submitted,

***/s/ Jack W. Robinson, Jr.***
M. Thomas McFarland, #033432
Jack W. Robinson, Jr., #011656
GULLETT SANFORD ROBINSON & MARTIN, PLLC
150 Third Avenue South – Suite 1700
Nashville, Tennessee 37201
(615) 244-4994 (telephone)
(615) 256-6339 (fax)
tmcfarland@gsrm.com
jrobinsonjr@gsrm.com

*Attorneys for Plaintiff*

***/s/ Erik C. Lybeck (with permission)***
Robert A. Peal, #025629
Erik C. Lybeck, # 035233
Grace C. Peck, #038558
SIMS|FUNK, PLC
3102 West End Avenue – Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 (telephone)
(615) 649-8565 (fax)
elybeck@simsfunk.com
rpeal@simsfunk.com
gpeck@simsfunk.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2026, a copy of the foregoing was served via this Court's CM/ECF system to the following:

Robert A. Peal
Erik C. Lybeck
Grace C. Peck
SIMS|FUNK, PLC
3102 West End Avenue – Suite 1100
Nashville, Tennessee 37203
elybeck@simsfunk.com
rpeal@simsfunk.com
gpeck@simsfunk.com

***/s/ Jack W. Robinson, Jr.***